```
                  UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

NOELEE FATHERA,                )
                               )
     Plaintiff,                )
                               )
          v.                   )    NO.  3:10-0508
                               )
WAL-MART STORES, INC.,         )    Judge Haynes/Bryant
                               )
     Defendant.                )

                      **O R D E R**

          This matter has been referred to the undersigned
Magistrate Judge for management of the case (Docket Entry No. 8).

          An initial case management conference is set for **Tuesday,**
**August 24, 2010,** at **9:30 a.m.** in Courtroom 776, U.S. Courthouse,
801 Broadway, **Nashville**, Tennessee.  The parties shall file a
proposed case management order three (3) business days prior to
August 24, 2010.

          It is so **ORDERED.**

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge